EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is afffected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 473-2023-02387 |

**OHIO CIVIL RIGHTS COMMISSION** _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Molly Noga (molly.noga@gmail.com) | ███ 2442 | ███ |

**Street Address:** c/o Stokar Law, LLC 404 E. 12th St. First Floor Cincinnati, OH 45202

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| The Cheesecake Factory Restaurants, Inc. | 50+ | 513-755-2761 |

**Street Address:** 7612 Blake Street Liberty Township, OH 45069

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (SEXUAL HARASSMENT)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: Latest: June 2023
☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attached extra sheet(s)):*

1. I am an adult female citizen of Ohio.

2. In or about August 2021, I was hired by Respondent restaurant as a server.

3. At all times relevant, I met my employer's legitimate performance expectations.

4. During my employment with Respondent, I was sexually harassed on multiple occasions.

5. Respondent's kitchen manager Luis [LNU] made sexually suggestive comments, propositioned me for sexual activities, and touched my body without my consent.

6. I told Luis on multiple occasions I had no romantic feelings for him.

7. I made complaints to upper management about Luis' conduct.

8. During my employment with Respondent, I was also sexually harassed by Axel [LNU], a kitchen employee at Respondent.

US EEOC
Cincinnatti Area Office
Received 09/08/2023

9. Axel would make sexually suggestive comments, propositioned me to engage in intimate activities, and touched my body without my consent.

10. I informed Axel that I had no desire to engage in intimate and/or sexual activities with him.

11. I also complained to management, both orally and in writing, about Axel's sexual harassment of me.

12. Management did not protect me from Axel, did not assign Axel duties away from me, did not terminate Axel, nor take any other action to protect me from Axel's sexual harassment.

13. Because my job as a server involved interaction with the kitchen staff, I was forced to interact with Axel about customer food orders, and his sexual harassment of me would continue during those interactions.

14. The sexual harassment I encountered from both Luis and Axel was sufficiently severe and pervasive enough that it altered the terms and conditions of my employment.

15. In or about June 2023, I was constructively discharged from Respondent because the sexual harassment was so severe and/or pervasive that it altered the terms and conditions of my employment and created an abusive working environment.

16. I request all available relief, including but not limited to, compensatory damages, punitive damages and attorneys' fees.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| X _[signature]_ | _[signature]_ |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT _[signature]_ |
| 9-8-23 Date  _[signature]_ Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE Robb Sneiderman Stokar/Attorney At Law NOTARY PUBLIC - STATE OF OHIO My commission has no expiration date Sec. 147.03 R.C.  9-8-23 |