

EXHIBIT E

# USPS Tracking®

**Tracking Number:**

# 70170660000087130572

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered to an individual at the address at 12:29 pm on September 21, 2023 in WEST CHESTER, OH 45069.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WEST CHESTER, OH 45069
September 21, 2023, 12:29 pm

### Redelivery Scheduled
LIBERTY TOWNSHIP, OH 45069
September 19, 2023

### Reminder to Schedule Redelivery of your item
September 18, 2023

### Redelivery Scheduled for Next Business Day
WEST CHESTER, OH 45069
September 12, 2023, 10:26 am

### Redelivery Scheduled for Next Business Day
WEST CHESTER, OH 45069
September 11, 2023, 1:28 pm

### Out for Delivery

WEST CHESTER, OH 45069
September 11, 2023, 10:49 am

**Arrived at Post Office**

WEST CHESTER, OH 45069
September 11, 2023, 10:38 am

**Arrived at USPS Regional Facility**

CINCINNATI OH DISTRIBUTION CENTER
September 8, 2023, 9:15 pm

**USPS in possession of item**

CINCINNATI, OH 45209
September 8, 2023, 5:32 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs